```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

HODA ELEMARY,                    }
                                 }
     Plaintiff,                  }
                                 }      CIVIL ACTION NO.
v.                               }      07-AR-0457-S
                                 }
BILLY HARBERT, JR., et al.,      }
                                 }
     Defendants.                 }
```

## ORDER

Plaintiff, Hoda Elemary, having voluntarily dismissed her above-entitled action without prejudice, all pending motions are MOOT.  The status and scheduling conference set on March 30, 2007, is CANCELLED.

The parties shall bear their own respective costs.

DONE this 22nd day of March, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE